IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA**

    **Plaintiff,**

**v.**  //  **CIVIL ACTION NO. 1:08CV124**
(Judge Keeley)

**EXXONMOBIL CORPORATION,**

    **Defendant, and**

**VERTELLUS SPECIALTIES INC,**
**CBS CORPORATION,**

    **Intervenor-Defendants.**

### ORDER EXTENDING STAY AND SCHEDULING STATUS CONFERENCE

At a status conference on November 16, 2011, the parties orally moved to extend the stay in this case. For good cause shown, the Court **GRANTS** the parties' request to extend the stay until **December 12, 2011** and **SCHEDULES** a telephone status conference for **Friday, December 9, 2011,** at **4:00 P.M.** at the **Clarksburg, West Virginia** point of holding court. The Court directs counsel for the United States to initiate the conference call with the Court at **(304)624-5850**.

It is so **ORDERED.**

The Court directs the Clerk to transmit copies of this order to counsel of record.

Dated: November 16, 2011.

                                         /s/ Irene M. Keeley
                                         IRENE M. KEELEY
                                         UNITED STATES DISTRICT JUDGE